UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) CASE NO: 10-51892-399 Chapter 13
    GEORGIE L WALTON )
) Trustee's Objection to Confirmation
)
) Original confirmation hearing
Debtor(s) ) set for Dec 06, 2010 10:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan provides for interest to secured creditors at a rate other than that determined by the Clerk under Local Rule 3015-3(E).
2. The set monthly payments to be made by the Trustee exceed the plan payment.
3. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   5C REFERS TO 7A. IT SHOULD REFER TO 9A.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

    /s/ John V. LaBarge, Jr.
KLW-351     --------------------------------
    John V LaBarge Jr
Copy served on the following either    Chapter 13 Trustee
through the Court's ECF system or by   P.O. Box 430908
ordinary mail on December 2, 2010 :   St. Louis, MO 63143   (314) 781-8100
    trust33@ch13stl.com   Fax:(314) 781-8881

HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

GEORGIE L WALTON
957 PARKCREST DR
SAINT CHARLES MO  63301