In re:                          )  CASE NO: 10-51892-399    Chapter 13
                                )
GEORGIE L WALTON                )  Re: Objection to Claim 1-1  filed by
                                )      SANTANDER CONSUMER USA
                                )      Acct: 8375/4985
                    Debtor(s) )      Amount: $   15,993.44
                                )  Response Due: Jan 18, 2011

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 1-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
The claim of SANTANDER CONSUMER USA    dated Nov 29, 2010 SHOULD BE DENIED AS FILED BECAUSE THE CLAIM DOES NOT LIST THE DEBTOR'S NAME FOR THIS CASE. IT APPEARS THIS IS NOT A DEBT OF THE DEBTOR.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of December 28, 2010 .

                                /s/ John V. LaBarge, Jr.
HEAGLER LAW FIRM                John V LaBarge Jr
6302 N ROSEBURY                 Chapter 13 Trustee  trust33@ch13stl.com
STE 1W                      AC  P.O. Box 430908
CLAYTON MO                      St. Louis, MO 63143
                63105           (314) 781-8100  Fax:(314) 781-8881

G WALTON
957 PARKCREST DR
                                AC
SAINT CHARLES MO
                63301

SANTANDER CONSUMER USA
PO BOX 560284
                                AC
DALLAS TX                       75356-0284        AC -159