```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-51892-399    Chapter 13 |
| | ) | |
| GEORGIE L WALTON | ) | Re: Objection to Claim 2-1  filed by |
| | ) | WELLS FARGO DEALER SVCS INC |
| | ) | Acct: 20219566 |
| Debtor(s) | ) | Amount: $    3,907.43 |
| | ) | Response Due: Jan 18, 2011 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 2-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
   The claim of WELLS FARGO DEALER SVCS INC    dated Nov 30, 2010
   SHOULD BE DENIED AS FILED BECAUSE THE CLAIM DOES NOT LIST
   THE DEBTOR'S NAME. IT APPEARS THIS IS NOT A DEBT OF THE
   DEBTOR.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of December 28, 2010 .

```
                                   /s/ John V. LaBarge, Jr.
HEAGLER LAW FIRM                   John V LaBarge Jr
6302 N ROSEBURY                    Chapter 13 Trustee   trust33@ch13st1.com
STE 1W                          AC P.O. Box 430908
CLAYTON MO                         St. Louis, MO 63143
             63105                 (314) 781-8100  Fax:(314) 781-8881

G WALTON
957 PARKCREST DR
                                AC
SAINT CHARLES MO
             63301

                                   WELLS FARGO DEALER SVCS INC
                                   PO BOX 19657
                                AC                                         A
                                   IRVINE CA
                                                       92623-9657
```

```
WELLS FARGO DEALER SVCS INC
PO BOX 25341
                              AC
SANTA ANA CA                 92799                    AC -159
```